MICHAEL COSENTINO, SBN 83253
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff,
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CV11-1111 SLM |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| Dematour Betoushana, | |
| Defendant. | |

The above entitled Plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is

1  understood that any appeal from a judgment entered by a magistrate judge will be taken
2  directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
3  an appeal from any other judgment of a District Court.

4      3. Judgment shall be in favor of Plaintiff, United States of America and against
5  Defendant, Dematour Betoushana, in the sum of $38,523.95 consisting of $31,038.52 in
6  principal, $7,180.36 interest to July 15, 2011, CIF costs of $0.00, court costs of $0.00 and
7  attorney's fees of $0.00, plus interest at the rate of 4.125% per annum ($3.51 per day)
8  on principal in the amount of $31,038.52 from July 15, 2011, up to the date of entry of the
9  within Consent Judgment, less any sums tendered toward satisfaction of the obligation
10 during said time period.

11     4. This consent judgment shall bear interest pursuant to the provisions of 28
12 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
13 interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
14 until paid in full.

15     5. <u>Judgment debtor is currently unable to make payment; at any time the judgment
16 debtor may tender to the United States of America, a check payable to the U.S.
17 Department of Justice mailed to,</u>

18 U. S. Department of Justice
   Nationwide Central Intake Facility
19 P. O. Box 790363
   St. Louis, MO 63179-0363
20

21 <u>until the account is paid in full.</u>

22     (a) Each said payment shall be applied first to the payment of interest accrued to
23 the date of receipt of said payment, and the balance, if any, to the principal;

24     (b) The judgment debtor shall submit financial data to the plaintiff as specified by
25 plaintiff on the anniversary date of this judgment for each year this judgment remains
26 unpaid; and

27
28 U.S. v. Betoushana
   USDC Case Number CV11-1111 SLM
   Consent Judgment

2

(c) Plaintiff reserves the right to evaluate the updated financial data and adjust the periodic payment rate accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, subject to Court approval.

6. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

7. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

8. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

9. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

Dated: July 15, 2011

By: MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

I have read the foregoing, I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: 07-20-11

Dematour Betoushana
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS _____ DAY OF ____July 29_____, 2011, The Clerk of the Court is DIRECTED to close the file in the action.

UNITED STATES MAGISTRATE JUDGE

U.S. v. Betoushana
USDC Case Number CV11-1111 SLM
Consent Judgment

3